AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00481 |
|---|---|---|
| v. | ) | Assigned To : Meriweather, Robin M. |
| SHANE JASON WOODS | ) | Assign. Date : 6/21/2021 |
| AKA: SHANE CASTLEMAN | ) | Description: Complaint w/ Arrest Warrant |
| DOB: | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assault on a Law Enforcement Officer) |
| 18 U.S.C. § 113(a)(4) | (Assault in Special Maritime and Territorial Jurisdiction) |
| 18 U.S.C. § 231(a)(3) | (Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restrict Building or Grounds) |
| 18 U.S.C. §§ 1752(a)(4) | (Engaging in Act of Physical Violence in Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. §§ 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Christian Roccia, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 06/21/2021

_Judge's signature_

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_