AO 442 (Rev 01/09) Arrest Warrant

**RECEIVED**
By United States Marshals Service at 10:07 am, Jun 24, 2021

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00481 |
|---|---|---|
| v. | ) | Assigned To : Meriweather, Robin M. |
| SHANE JASON WOODS | ) | Assign. Date : 6/21/2021 |
| AKA: SHANE CASTLEMAN | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) | |

### ARREST WARRANT

To:    Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shane Jason Woods                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Law Enforcement Officer); 18 U.S.C. § 113(a)(4) (Assault in Special Maritime and Territorial Jurisdiction); 18 U.S.C. § 231(a)(3) (Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder); 18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restrict Building or Grounds); 18 U.S.C. §§ 1752(a)(4) (Engaging in Act of Physical Violence in Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct); 40 U.S.C. §§ 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/21/2021

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* 6/22/21 , and the person was arrested on *(date)* 6/24/21 |
| at *(city and state)* Springfield, IL |

Date: 06/24/21

*Arresting officer's signature*

William Henry I / Fed Agent
*Printed name and title*
FBI