# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-476-APM |
| | : | |
| **SHANE JASON WOODS,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  ___/s/ Jennifer Leigh Blackwell___
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 803-1590
Email: Jennifer.blackwell3@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of September, a copy of the foregoing Government's Motion and proposed Order was sent via electronic case filing to counsel for the defendant.

                                                 By:    */s/ Jennifer L. Blackwell*
                                                                  Jennifer Leigh Blackwell