# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:21-CR-476** |
| **v.** | : | |
| | : | |
| **SHANE JASON WOODS** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the protective order governing discovery.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _/s/   Jennifer Blackwell_
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C Bar No. 481097
555 4th Street, N.W., Room 5241
Washington, D.C. 20530
202.803.1590
Jennifer.blackwell3@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

On this 13th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/   Jennifer Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:21-CR-476** |
| **v.** | : | |
| | : | |
| **SHANE JASON WOODS** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

Upon consideration of the United States' motion to disclose items protected by Federal

Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to

the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above

to any co-defendants who may later be joined.

Date: _____

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE