# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.: 21-cr-476 |
| | : | |
| **SHANE JASON WOODS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Brian Brady and Assistant United States Attorney Michael M. Gordon. Trial Attorney Brian Brady may be contacted by telephone at 202-598-8081 and 202-834-1916 (cell) or email at Brian.Brady@usdoj.gov. Assistant United States Attorney Michael M. Gordon may be contacted by telephone at 813-274-6370 or email at michael.gordon3@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Joseph Huynh.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
D.C Bar #: 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States
Attorney, Detailee
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 813-274-6370
michael.gordon3@usdoj.gov