# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-476-APM |
| : | |
| : | |
| SHANE JASON WOODS : | |
| : | |
| Defendant. : | |

## UNITED STATES' UNOPPOSED MOTION TO ACCEPT TWO LATE-FILED MOTIONS IN LIMINE

The United States of America hereby respectfully requests the Court accept two motions in limine (exhibits one and two) in the above-captioned case. The deadline to file motions in limine was yesterday, August 8, 2022. Counsel have conferred and the defendant does not have an objection to this motion.

Exhibits:
1. United States' Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness
2. United States' Motions in Limine to Preclude Certain Defense Arguments and Evidence

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   */s/ Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov