**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-476-APM** |
| | : | |
| **SHANE JASON WOODS,** | : | |
| | : | |
| **Defendant.** | : | |

**Government Exhibits**

| | | | | | |
|---|---|---|---|---|---|
| **100 Series - Photographic and Video Evidence J.F. Assault** | | | | | |
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 100 | Video of Woods Assault of J.F. Upclose | | | | |
| 101A | Photos from Video ofWoods Assault of J.F. | | | | |
| 102 | Video of Woods Assault of J.F. Woods' Escape | | | | |
| 102A | Photos from Video of Woods Assault of J.F. Woods' Escape | | | | |
| **200 Series – Photographic and Video Evidence G.P. Assault** | | | | | |
| 201 | Enhanced Photos of Woods | | | | |
| 202 | Barely Legal Video Attack on G.P. | | | | |
| 202A | Photos from Barely Legal Video Attack on G.P. | | | | |
| 203 | Barely Legal Video Media Staging Area | | | | |
| 203A | Photos from Barely Legal Video Media Staging Area | | | | |
| 204 | Freedom TV Video of Woods Entering Media Staging Area | | | | |
| 204A | Photos from Freedom TV Video of Woods Entering Media | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Staging Area | | | | |
| 205 | Freedom TV Video of G.P. Attack | | | | |
| 205A | Photos from Freedom TV Video of G.P. Attack | | | | |
| 206 | Human Video of Media Staging Area | | | | |
| 206A | Photos from Human Video of Media Staging Area | | | | |
| 207 | Matt Hubbard Video of G.P. Attack | | | | |
| 207A | Photos from Matt Hubbard Video of G.P. Attack | | | | |
| 208 | Ruptly Video of Woods Kicking Chair in Media Staging Area | | | | |
| 208A | Photos from Ruptly Video of Woods Kicking Chair in Media Staging Area | | | | |
| 209 | Straight Times Video of Woods at Media Staging Area | | | | |
| 209A | Photos from Straight Times Video of Woods at Media Staging Area | | | | |
| 210 | Telegraph Video of Woods at Media Staging Area | | | | |
| 210A | Photos from Telegraph Video of Woods at Media Staging Area | | | | |
| 211 | Townhall Video of Woods Circling G.P. | | | | |
| 211A | Photos from Townhall Video of Woods Circling G.P. | | | | |
| 212 | Watcher's Guild Video of Woods Attacking G.P. | | | | |
| 212A | Photos from Watcher's Guild Video of Woods Attacking G.P. | | | | |
| 213 | William Turton Video of Woods in Media Staging Area | | | | |
| 213A | Photos from William Turton Video of Woods in Media Staging Area | | | | |

| 300 Series – Woods' Cellphone and Facebook | | | | | |
|---|---|---|---|---|---|
| 301 | Woods Cellphone Report | | | | |
| 302 | Messages from Woods' Cellphone | | | | |
| 303 | Photos from Woods' Cellphone | | | | |
| 304 | Geofence of Woods Phone on Capitol Grounds | | | | |
| 305 | Woods Facebook Pictures | | | | |
| 400 Series – Legal and Congressional Records | | | | | |
| 401 | Twelfth Amendment to U.S. Constitution | | | | |
| 402 | 3 U.S.C. §§ 15-18 | | | | |
| 403 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |
| 404 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | |
| 405 | Concurrent Resolution, dated January 3, 2021 | | | | |
| 406 | Timeline of Election Cert Video | | | | |
| 500 Series – Other | | | | | |
| 501 | Capitol Riot Overview Video | | | | |
| 502 | Photos from Capitol Riot Overview Video | | | | |
| 503 | LWT CCTV Time-lapse Video | | | | |
| 504 | Photos from LWT CCTV Time-laps Video | | | | |
| 505 | Photographs of Capitol | | | | |

| 506 | Head of State Notice Email | | | | |
|-----|----------------------------|---|---|---|---|
| 507 | Evacuation of VP Video | | | | |
| 508 | Evacuation of VP Photos | | | | |
| 509 | Videos from Sergent | | | | |
| 510 | Photos from Sergent | | | | |
| 511 | Picture of Woods on Eastern Steps | | | | |
| 512 | Composite Chart of Woods Photos | | | | |
| 513 | Safeway Business Records and Business Records Certification | | | | |
| **600 Series – Stipulations (not agreed upon at this time)** | | | | | |
| 501 | Capitol Buildings and Grounds | | | | |
| 502 | Certification of Electoral College Vote | | | | |
| 503 | USCP Official Duties and CCTV | | | | |
| 503 | Civil Disorder | | | | |
| 505 | Defendant's Cellphone | | | | |
| 506 | Defendant's Statement | | | | |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Brian D. Brady*
        Brian D. Brady
        Trial Attorney, Department of Justice
        DC Bar No. 1674360
        1301 New York Ave. N.W., Suite 800
        Washington, DC 20005
        (202) 834-1916
        Brian.Brady@usdoj.gov


        /s/ *Michael M. Gordon*
        Assistant United States Attorney
        FL Bar No. 1026025
        400 N. Tampa St., Suite 3200
        Tampa, Florida 33602
        (813) 274-6370
        michael.gordon3@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.


        /s/ *Brian D. Brady*
        Brian D. Brady
        Trial Attorney