UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 1:21-cr-476 (APM)

SHANE JASON WOODS

## **VERDICT OF THE JURY**

We, the members of the jury, find defendant **Shane Jason Woods**:

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 1 of the Second Superseding Indictment (Civil Disorder)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 2 of the Second Superseding Indictment (Striking, Beating, or Wounding G.P.)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 3 of the Second Superseding Indictment (Assaulting, Resisting, or Impeding Officer J.F.)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 4 of the Second Superseding Indictment (Entering and Remaining in a Restricted Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 5 of the Second Superseding Indictment (Disorderly and Disruptive Conduct in Restricted Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 6 of the Second Superseding Indictment (Engaging in Physical Violence in a Restricted Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 7 of the Second Superseding Indictment (Act of Physical Violence in the Capitol Buildings or Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 8 of the Second Superseding Indictment (Simple Assault of G.P.)

Signed this ___ day of_____, 2022.

_____
Presiding Juror

**Verdict of the Jury—Page 2**