# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 21-476 (APM) |
| | ) | |
| SHANE WOODS | ) | |
| Defendant | ) | |

## MOTION TO VACATE SENTENCING HEARING AND ALL RELATED FILING DEADLINES AND SCHEDULE A STATUS HEARING

**COMES NOW**, SHANE WOODS, defendant, through undersigned counsel Dwight E. Crawley, and respectfully moves this Honorable Court to vacate the sentencing date and all related filing deadlines in this matter and schedule a status hearing.  Mr. Woods is incarcerated in Illinois.

**WHEREFORE**, counsel respectfully requests that this court grant the defendant's motion.

Respectfully submitted
SHANE WOODS

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for SHANE WOODS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax

vadclawyer@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for SHANE WOODS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com