# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| V. ) | CR. NO. 21-476 (APM) |
| ) | |
| ) | |
| SHANE WOODS ) | |
|     Defendant ) | |

## ORDER

Upon review of the defendant's motion to vacate the sentencing hearing and schedule a status hearing in this matter, this Honorable Court grants Defendant's motion to vacate the sentencing hearing and all related filing deadlines. A status hearing will be held on _____.

_____             _____
Date                                                       Amit Mehta
                                                                United States District Judge