# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 21-476 (APM) |
| | ) | |
| SHANE WOODS | ) | |
|     Defendant | ) | |

## ORDER

Upon review of the defendant's motion to vacate the sentencing hearing and schedule a status hearing in this matter, the court grants Defendant's motion to vacate the sentencing hearing and all related filing deadlines. Defense counsel shall submit a status report as to his client's availability for sentencing by December 15, 2022.

_____  _____
Date                                                          Amit Mehta
                                                                     United States District Judge