

# ILLINOIS STATE POLICE
## FIELD REPORT

Field Report Number: **F09-22-00932**
TraCS Report Number: **22-40046402647**
CAD Number: **0000024041**

| Field | Value |
|---|---|
| Type of Report(s) | Criminal, DUI |
| Supplemental | ☐ |
| ORI Number | IL0849900 |
| Work Unit | 9 - District 9 |
| How Notified | Other |
| Incident Date | 11/08/2022 |
| Incident Time | 7:40 PM |
| Initial Notification Date | 11/08/2022 |
| Initial Notification Time | 7:40 PM |
| Firearm Offense | ☐ |
| Location Description | I-55 S/B NEAR MILEPOST 89 |
| GPS Latitude | 39.6939669189717 |
| GPS Longitude | -89.6422973116687 |
| County in which Incident Occurred | SANGAMON |
| Township | CAPITAL TWP |
| City | SPRINGFIELD |
| Location Type | HIGHWAY/ROAD/ALLEY |

### Associated Reports

| # | Agency Name | Reference Type | Reference Number |
|---|---|---|---|
| 1.) | | | |
| 2.) | | | |
| 3.) | | | |
| 4.) | | | |

**Brief Description of Report**
Arrest of Shane J. Woods for Reckless Homicide, Aggravated DUI Causing Death, and DUI

Use of Force? ☐ Yes  ☒ No
What Type(s) of Force were Used?

ALPR Used: ☐ Yes
ALPR Location:

## PERSON 1

| Field | Value |
|---|---|
| Type of Person | DEFENDANT |
| Caution | |
| Last Name | WOODS |
| First Name | SHANE |
| Middle Name | J |
| Suffix | |
| Alias(es) | |
| Business/Organization | |
| DOB Known? | YES |
| Date of Birth | 01/16/1978 |
| Age or Lower Age Range | 44 |
| Upper Age Range | |
| Gender | MALE |
| Race | UNKNOWN |
| Ethnicity | |
| Skin Tone | |
| Height | 5' 11" |
| Weight | 200 LBS |
| Hair Color | BLACK |
| Eye Color | GREEN |
| Build | |
| Marital Status | |
| Scars/Marks/Tattoos | |
| Address | 15511 KENNEDY RD |
| City | AUBURN |
| State | IL |
| Zip Code | 62615 |
| Place of Birth | US - UNITED STATES |
| Resident Status | |
| Other Contact Information | |
| Home/Cell Phone # | |
| SSN | |
| Drivers License Number | W32079078016 |
| License State | IL |
| ISP ticket # | 0046401403 |
| FBI # | |
| BOI/SID # | |
| LEADS # | |
| NCIC # | |
| Employer or School | |
| Occupation | |
| Address | |
| City | |
| State | |
| Zip Code | |
| Work Phone # | |
| Type of Injury (up to 5) | OTHER MAJOR INJURY |
| Address where treatment given | Memorial Medical Center |

## OFFENDER INFORMATION

| Offender Arrested? | Type of Arrest | | Arrest Date | Arrest Time | Bond | Bond Amount |
|---|---|---|---|---|---|---|
| YES | SUMMONED/CITED | | 11/08/2022 | 10:41 PM | NO BOND | |

| Miranda? | Miranda By | | | Miranda Date | Miranda Time | Fingerprinted |
|---|---|---|---|---|---|---|
| ✓ | B. KEANE | | | 11/09/2022 | 12:06 AM | NO |

| Court Date | Where Held | Juvenile Arrestee Disposition |
|---|---|---|
| 12/14/2022 | MEMORIAL MEDICAL CENTER | |

| Arrestee Armed? | Arrestee Armed With (up to 2) |
|---|---|
| ☐ | |

| 3 Calls Given? | If Calls Not Given, Reason Why. |
|---|---|
| NO | RECEIVING MEDICAL TREATMENT |

| Calls Refused? | If Calls Were Refused, Reason Why. |
|---|---|
| | |

### OFFENSE 1

| Ordinance | Code Section | Charges/Offense | | Attempted or Completed |
|---|---|---|---|---|
| State | 720-5/9-3(a) | RECKLESS HOMICIDE | | COMPLETED |

| UCR Offense | NEGLIGENT MANSLAUGHTER - 09B | Offender Suspected Of Using (up to 3) ALCOHOL |
|---|---|---|

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| ☐ | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| None/Unknown | MOTOR VEHICLE |

| Method Of Entry | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|
| ☐ Force  ☐ No Force | | NOT APPLICABLE | |

### OFFENSE 2

| Ordinance | Code Section | Charges/Offense | | Attempted or Completed |
|---|---|---|---|---|
| State | 625-5/11-501(A) | AGGRAVATED DUI - ACCIDENT CAUSING DEATH | | COMPLETED |

| UCR Offense | NEGLIGENT MANSLAUGHTER - 09B | Offender Suspected Of Using (up to 3) ALCOHOL |
|---|---|---|

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| ☐ | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| None/Unknown | MOTOR VEHICLE |

| Method Of Entry | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|
| ☐ Force  ☐ No Force | | NOT APPLICABLE | |

### OFFENSE 3

| Ordinance | Code Section | Charges/Offense | | Attempted or Completed |
|---|---|---|---|---|
| State | 625-5/11-501(A)(2) | DUI - ALCOHOL - 1ST OR 2ND OFFENSE | | COMPLETED |

| UCR Offense | DRIVING UNDER THE INFLUENCE - 90D | Offender Suspected Of Using (up to 3) ALCOHOL |
|---|---|---|

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| ☐ | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| | |

| Method Of Entry | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|
| ☐ Force  ☐ No Force | | NOT APPLICABLE | |

### PERSON 2

| Type of Person | Caution |
|---|---|
| VICTIM | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| WEGNER | LAUREN | A | |

| Alias(es) | Business/Organization |
|---|---|
| | |

| DOB Known? | Date of Birth | Age or Lower Age Range | Upper Age Range | Gender | Race | Ethnicity |
|---|---|---|---|---|---|---|
| YES | 05/27/1987 | 35 | | FEMALE | WHITE | |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| | 5' 10" | 165 LBS | BROWN | BLUE | | |

Scars/Marks/Tattoos (select up to 10)

| Address | | City | | State | Zip Code |
|---|---|---|---|---|---|
| **117 PAYTON DR APT 302** | | **CLAYTON** | | **NC** | **27527** |

| Place of Birth | Resident Status | Other Contact Information | |
|---|---|---|---|

| Home/Cell Phone # | SSN | Drivers License Number | License State |
|---|---|---|---|
| | | **000047415124** | **NC** |

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|

| Employer or School | Occupation |
|---|---|

| Address | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|

| Type of Injury (up to 5) | Address where treatment given |
|---|---|
| **KILLED** | |

## VICTIM INFORMATION

Type of Victim
**INDIVIDUAL**

Victim Connected to UCR Offense Codes:

| UCR Offense Code 1 | UCR Offense Code 2 | UCR Offense Code 3 | UCR Offense Code 4 | UCR Offense Code 5 |
|---|---|---|---|---|
| **09B** | | | | |

| UCR Offense Code 6 | UCR Offense Code 7 | UCR Offense Code 8 | UCR Offense Code 9 | UCR Offense Code 10 |
|---|---|---|---|---|

Aggravated Assault/Homicide Circumstances (up to 2)
**OTHER NEGLIGENT KILLINGS**

Additional Justifiable Homicide Circumstances

| First Offender Seq. # | Victim's Relationship to First Offender | Second Offender Seq. # | Victim's Relationship to Second Offender |
|---|---|---|---|
| **001** | **VICTIM WAS STRANGER** | **001** | **VICTIM WAS STRANGER** |
| Third Offender Seq. # | Victim's Relationship to Third Offender | Fourth Offender Seq. # | Victim's Relationship to Fourth Offender |
| Fifth Offender Seq. # | Victim's Relationship to Fifth Offender | Sixth Offender Seq. # | Victim's Relationship to Sixth Offender |
| Seventh Offender Seq. # | Victim's Relationship to Seventh Offender | Eighth Offender Seq. # | Victim's Relationship to Eighth Offender |
| Ninth Offender Seq. No. | Victim's Relationship to Ninth Offender | Tenth Offender Seq. # | Victim's Relationship to Tenth Offender |

## SPECIAL CIRCUMSTANCES

NOT APPLICABLE ✓   BIAS CRIME ☐   DOMESTIC ABUSE ☐   LEOKA (Law Enforcement Officer Killed and Assaulted) ☐

Bias Motivation
**NONE (NO BIAS)(MUTUALLY EXCLUSIVE)**

| Children Present | Sequence Number of the Domestic Abuse Offender |
|---|---|

Domestic Abuse Referrals (up to 6)

| Officer Killed or Assaulted | Call Type |
|---|---|

| Type Of Assignment | Body Armor |
|---|---|

## PERSON 3

| Type of Person | | | Caution |
|---|---|---|---|
| **VICTIM** | | | **No** |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| **ROUSTIO** | **STEVE** | **T** | |

| Alias(es) | Business/Organization |
|---|---|

| DOB Known? | Date of Birth | Age or Lower Age Range | Upper Age Range | Gender | Race | Ethnicity |
|---|---|---|---|---|---|---|
| **YES** | **08/29/1961** | **61** | | **MALE** | **WHITE** | |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| | **6' 00"** | **225 LBS** | **GRAY OR PARTIALLY GRAY** | **BLUE** | | |

| Scars/Marks/Tattoos (select up to 10) | | | |
|---|---|---|---|
| | | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 2627 DELMAR AVE | GRANITE CITY | IL | 62040 |

| Place of Birth | Resident Status | Other Contact Information |
|---|---|---|
| | | |

| Home/Cell Phone # | SSN | Drivers License Number | License State |
|---|---|---|---|
| | | | |

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|
| | | | | |

| Employer or School | Occupation |
|---|---|
| | |

| Address | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|
| | | | | |

| Type of Injury (up to 5) | Address where treatment given |
|---|---|
| OTHER MAJOR INJURY | Memorial Medical Center |

## VICTIM INFORMATION

Type of Victim
**INDIVIDUAL**

Victim Connected to UCR Offense Codes:

| UCR Offense Code 1 | UCR Offense Code 2 | UCR Offense Code 3 | UCR Offense Code 4 | UCR Offense Code 5 |
|---|---|---|---|---|
| 09B | | | | |

| UCR Offense Code 6 | UCR Offense Code 7 | UCR Offense Code 8 | UCR Offense Code 9 | UCR Offense Code 10 |
|---|---|---|---|---|
| | | | | |

Aggravated Assault/Homicide Circumstances (up to 2)
**OTHER NEGLIGENT KILLINGS**

Additional Justifiable Homicide Circumstances

| First Offender Seq. # | Victim's Relationship to First Offender | Second Offender Seq. # | Victim's Relationship to Second Offender |
|---|---|---|---|
| 001 | VICTIM WAS STRANGER | | VICTIM WAS STRANGER |
| Third Offender Seq. # | Victim's Relationship to Third Offender | Fourth Offender Seq. # | Victim's Relationship to Fourth Offender |
| 001 | | | |
| Fifth Offender Seq. # | Victim's Relationship to Fifth Offender | Sixth Offender Seq. # | Victim's Relationship to Sixth Offender |
| | | | |
| Seventh Offender Seq. # | Victim's Relationship to Seventh Offender | Eighth Offender Seq. # | Victim's Relationship to Eighth Offender |
| | | | |
| Ninth Offender Seq. No. | Victim's Relationship to Ninth Offender | Tenth Offender Seq. # | Victim's Relationship to Tenth Offender |
| | | | |

## SPECIAL CIRCUMSTANCES

| NOT APPLICABLE | ✓ | BIAS CRIME | ☐ | DOMESTIC ABUSE | ☐ | LEOKA (Law Enforcement Officer Killed and Assaulted) | ☐ |
|---|---|---|---|---|---|---|---|

Bias Motivation
**NONE (NO BIAS)(MUTUALLY EXCLUSIVE)**

| Children Present | Sequence Number of the Domestic Abuse Offender |
|---|---|
| | |

Domestic Abuse Referrals (up to 6)

| Officer Killed or Assaulted | Call Type |
|---|---|
| | |

| Type Of Assignment | Body Armor |
|---|---|
| | |

## PERSON 4

| Type of Person | | | Caution |
|---|---|---|---|
| VICTIM | | | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| ROUSTIO | KATHRYN | A | |

| Alias(es) | Business/Organization |
|---|---|
| | |

| DOB Known? | Date of Birth | Age or Lower Age Range | Upper Age Range | Gender | Race | Ethnicity |
|---|---|---|---|---|---|---|
| YES | 05/29/1968 | 54 | | FEMALE | WHITE | |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| | 5' 06" | 145 LBS | BROWN | GREEN | | |

| Scars/Marks/Tattoos (select up to 10) | | | |
|---|---|---|---|

| Address<br>**2627 DELMAR AVE** | City<br>**GRANITE CITY** | State<br>**IL** | Zip Code<br>**62040** |
|---|---|---|---|
| Place of Birth | Resident Status | Other Contact Information | |
| Home/Cell Phone # | SSN | Drivers License Number | License State |
| ISP ticket # | FBI # | BOI/SID # | LEADS #    NCIC # |
| Employer or School | | Occupation | |
| Address | City | State   Zip Code | Work Phone # |
| Type of Injury (up to 5)<br>**OTHER MAJOR INJURY** | | Address where treatment given<br>**Memorial Medical Center** | |

### VICTIM INFORMATION

Type of Victim
**INDIVIDUAL**

Victim Connected to UCR Offense Codes:

| UCR Offense Code 1<br>**09B** | UCR Offense Code 2 | UCR Offense Code 3 | UCR Offense Code 4 | UCR Offense Code 5 |
|---|---|---|---|---|
| UCR Offense Code 6 | UCR Offense Code 7 | UCR Offense Code 8 | UCR Offense Code 9 | UCR Offense Code 10 |

Aggravated Assault/Homicide Circumstances (up to 2)
**OTHER NEGLIGENT KILLINGS**

Additional Justifiable Homicide Circumstances

| First Offender Seq. #<br>**001** | Victim's Relationship to First Offender<br>**VICTIM WAS STRANGER** | Second Offender Seq. # | Victim's Relationship to Second Offender |
|---|---|---|---|
| Third Offender Seq. # | Victim's Relationship to Third Offender | Fourth Offender Seq. # | Victim's Relationship to Fourth Offender |
| Fifth Offender Seq. # | Victim's Relationship to Fifth Offender | Sixth Offender Seq. # | Victim's Relationship to Sixth Offender |
| Seventh Offender Seq. # | Victim's Relationship to Seventh Offender | Eighth Offender Seq. # | Victim's Relationship to Eighth Offender |
| Ninth Offender Seq. No. | Victim's Relationship to Ninth Offender | Tenth Offender Seq. # | Victim's Relationship to Tenth Offender |

### SPECIAL CIRCUMSTANCES

NOT APPLICABLE ☑    BIAS CRIME ☐    DOMESTIC ABUSE ☐    LEOKA (Law Enforcement Officer Killed and Assaulted) ☐

Bias Motivation
**NONE (NO BIAS)(MUTUALLY EXCLUSIVE)**

| Children Present | Sequence Number of the Domestic Abuse Offender |
|---|---|
| Domestic Abuse Referrals (up to 6) | |
| Officer Killed or Assaulted | Call Type |
| Type Of Assignment | Body Armor |

## VEHICLE

| Vehicle Year | Make | Model | Style |
|---|---|---|---|
| 2018 | GMC | SIERRA | TRUCK |

| License Plate # | State | License Plate Year | Color(s) |
|---|---|---|---|
| 2013330B | IL | 2022 | BLACK |

| VIN # | Impounded? | Impound Location | Towed? |
|---|---|---|---|
| 2013330B | NO | | YES |

| Owner Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| WOODS | SHANE | J | |

| Street | | | State |
|---|---|---|---|
| 15511 KENNEDY RD | | | IL |

| City | Zip Code | Phone Number | Vehicle Tied to Person(s) |
|---|---|---|---|
| AUBURN | 62615 | (217) 000-0000 | 001 |

## NARRATIVE

The purpose of this report is to document the arrest of Shane J. Woods (M/B DOB: 01/16/1978) for Reckless Homicide, Aggravated Driving Under the Influence of Alcohol Causing Death, and Driving Under the Influence of Alcohol.

The following is a summary of the incident:

On Tuesday November 8, 2022 at approximately 7:40 P.M. Troopers from Illinois State Police District 9 were dispatched to the report of a traffic crash with injuries on I-55 southbound near Milepost 89, Sangamon County. District 9 Communications further advised a vehicle was on fire and there was entrapment. It was reported Divernon Police Officer P. Hurley #634 had conducted a traffic stop on a black 2018 GMC pickup truck (IL Reg. 2013330B) on I-55 prior to the crash. I was advised that during the traffic stop Hurley had detected the odor of alcoholic beverage coming from the driver. I learned the GMC fled the traffic stop, entered I-55 the wrong way through the Exit 88 ramp, drove northbound in the southbound lanes on the interstate, and caused a multi vehicle traffic crash which resulted in a fatality in one vehicle, injuring two occupants in a separate vehicle, and injuring the at fault driver. A/M/Sgt. C. Chapman completed the on-scene crash report and supplemental field report (A-09-22-01066). Illinois State Police Zone 4 Investigations were notified of the incident and responded.

At approximately 8:42 P.M. I, Trooper B. Keane #6880 was requested by A/M/Sgt. D. Kovack to respond to Memorial Medical Center in Springfield to assist in the investigation of the traffic crash.

I responded to Memorial Medical Center and was able to identify the driver of the at fault vehicle as Shane J. Woods. Woods was laying on a hospital bed in a cervical collar and still receiving care. I was advised that medical staff had collected toxicology during the normal course of treatment and revealed a .177 blood alcohol serum. Woods was transferred to another treatment room and without the nurse's knowledge visitors entered his room. Nurses requested the visitors exit but prior to them leaving and while I was standing in the doorway of the treatment room, I overheard Woods speaking with a visitor, a white, middle age female, with blonde hair. During the conversation, I heard Woods state that he had intended on crashing his vehicle into a truck tractor semi-trailer.

Based on Woods being reported as having the odor of an alcoholic beverage, fleeing from a traffic stop, traveling the wrong way on the interstate, and having a blood alcohol content above .08, at 10:41 P.M. I entered Wood's hospital room and issued him a citation for driving on wrong side of road, failure to reduce speed to avoid an accident, and driving under the influence of alcohol. At 10:42 P.M. I read Woods the Warning to Motorist. Woods stated he understood the Warning and refused to submit to chemical tests. While Woods was laying on the hospital bed, he signed the Warning to Motorist.

I provided Woods his copy of the warning to motorist, sworn report, and signed receipt to drive. Woods was served his immediate summary suspension.

At 12:06 A.M. I read Woods his Miranda Rights from the Illinois State Police Custodial Interrogation Warning. Woods confirmed he understood his rights and refused to answer any questions.

M/Sgt. Neighbours advised me later that an open 12oz Bud Light can had been located with the property that had been in Woods' vehicle at the crash scene.

I issued Woods the following citations:

#0046401403 - DUI - Alcohol
#0046401404 - Failure to Reduce Speed to Avoid an Accident
#0046401405 - Driving on Wrong Side of Road
#0046401406 - Possession of Open Alcohol by Driver

I confirmed with Southern Illinois University School of Medicine Doctor Dela Cruz that he was aware of Woods' driving behavior and statements about an intentional traffic crash. Dela Cruz advised me Woods would be seen for psychiatric care.

Due to Woods receiving prolonged medical treatment I spoke with Doctor Dela Cruz and Doctor Jeisy who were both working in the Emergency Room. The doctors advised if Woods were to be moved from his room to an inpatient room or released from medical care, they would contact District 9 Communications. I provided the Doctors the contact information to District 9 telecommunications. Woods is still being treated at Memorial for injuries sustained in the crash and will be taken into custody following release.

It should be noted through the course of the investigation I learned that Woods was a defendant in the January 6th, 2021 US Capitol Riots and was anticipating a sentence which may have been motive for the intentional traffic crash.

The following reports were also completed reference this incident:

Divernon Police Officer P. Hurley #634 - #2022-1319

Sangamon County Deputy K. Allison #SG216 - #SG22-33522

Illinois State Police District 9 A/M/Sgt. C. Chapman #5605 - A09-22-01066 / Supplemental Report

Illinois State Police Traffic Crash Reconstruction Unit Report

Illinois State Police Zone 4 Investigations Special Agent L. Bloomfield #6751 Report

Illinois State Police District 9 Commercial Vehicle Enforcement Officer Trooper W. Smith #5361 -Inspection #IL4109480626

**OFFICER**

| Officer Name | Officer ID | Assisting Officer Name(s) | | Assisting Officer ID(s) |
|---|---|---|---|---|
| **B KEANE** | **6880** | | | |
| Date report completed | Accept Date | Supervisor | | Officer ID |
| **11/10/2022** | **11/10/2022** | **C NEIGHBOURS** | | **6299** |
| Video Taken: | | Video Number: | Evidence Seizure: | Photos: |
| Case Status | | | Copies To: | |
| **CLEARED BY ARREST** | | | **SANGAMON COUNTY S/A** | |

Investigating Officer (Signature)

TPR.B.KEANE #6880

ATTACHMENT

Description

POLICE OFFICER - SEND TO COURT OF VENUE

AUGUST

# WARNING TO MOTORIST

Case Number **F09-22-00937**

DUI TRAFFIC CITATION NO. (11-501A1)  **004040**  DUI TRAFFIC CIT

11-401 Citation No. _____   DUI TRAFFIC CITA

**Subsequent to an arrest for driving while under the influence of alcohol, other drug(s) or intoxicating compound(s), or any combination thereof (DUI), or Section 11-401 - leaving the scene of a fatal or personal injury accident, you are hereby notified that:**

As provided in Section 11-500 of the Illinois Vehicle Code, you are a first offender unless within the last 5 years of this arrest for DUI or leaving the scene
- A previous conviction or court-assigned supervision for DUI or a similar provision of a local ordinance; or
- A conviction in any other state for DUI or a similar offense where the cause of action is the same or substantially similar to the Illinois Vehicle Code; o
- A driver's license suspension/revocation for violating Section 11-501.1 of the Illinois Vehicle Code, except in cases where you submitted to a chemical t hol concentration of .08 or more or any amount of a drug, substance or intoxicating compound resulting from the unlawful use or consumption of Cannabis Control Act (for a DUI arrest prior to 07-29-2016 or a delta-9-tetrahydrocannabinol concentration of either 5 nanograms or more of whole b more of other bodily substance for a DUI arrest on or after 07-29-2016); a controlled substance as listed in the Illinois Controlled Substances Act; an in listed in the Use of Intoxicating Compounds Act; or methamphetamine as listed in the Methamphetamine Control and Community Protection Act, and not guilty of the associated DUI charge.

Considering the above, you are warned:
1. If you refuse or fail to complete all chemical tests requested:
   - If you are a first offender, your driving privileges will be suspended for a minimum of 12 months; or
   - If you are not a first offender, your driving privileges will be suspended for a minimum of 3 years; or
   - If you were involved in a motor vehicle accident that caused personal injury or death to another, your driving privileges will be revoked for a mi Personal injury means a Type A injury that requires immediate professional attention in a doctor's office or medical facility, including severely bl extremities, and injuries that require the injured party to be carried from the scene.
2. If you submit to a chemical test(s) disclosing an alcohol concentration of .08 or more, a delta-9-tetrahydrocannabinol concentration of either 5 nanogram or 10 nanograms or more of other bodily substance or any amount of a controlled substance as listed in the Illinois Controlled Substances Act; an intoxic in the Use of Intoxicating Compounds Act; or methamphetamine as listed in the Methamphetamine Control and Community Protection Act; and:
   - If you are a first offender, your driving privileges will be suspended for a minimum of 6 months; or
   - If you are not a first offender, your driving privileges will be suspended for a minimum of 1 year.

You are further warned that if you are a Commercial Driver's License (CDL) holder, your CDL privileges will be disqualified for the following time perio to or fail to complete all chemical tests requested, or submit to a chemical test(s) disclosing an alcohol concentration of .08 or more or any amount of a drug, compound resulting from the unlawful use or consumption of cannabis as listed in the Cannabis Control Act; a controlled substance as listed in the Illino Act; an intoxicating compound as listed in the Use of Intoxicating Compounds Act; or methamphetamine as listed in the Methamphetamine Control and Co
- If you have not had a prior 12-month disqualification of your CDL privileges, your CDL privileges will be disqualified for 12 months.
- If you have had a prior 12-month disqualification of your CDL privileges, your CDL privileges will be disqualified for life.

### MOTORIST UNDER AGE 21
You are further warned that as a motorist under age 21, if you submit to a chemical test(s) disclosing an alcohol concentration of more than .00 and less tha ileges will be suspended as provided in Sections 6-208.2 and 11-501.8 of the Illinois Vehicle Code.

As provided in Section 6-208.2, you are a first offender unless you have had a previous suspension under Section 11-501.8 for refusing or failing to comp for submitting to a chemical test(s) disclosing an alcohol concentration of more than .00.
- If you are a first offender, your driving privileges will be suspended for a minimum of 3 months; or
- If you are not a first offender, your driving privileges will be suspended for a minimum of 1 year.

### SCHOOL BUS DRIVER
You are further warned that as a school bus driver operating a school bus in accordance with Section 6-106.1a of the Illinois Vehicle Code, if you submit closing an alcohol concentration of more that .00, your privilege to possess a school bus driver permit will be cancelled for 3 years as provided under Section of the Illinois Vehicle Code.

Warning Issued To   Name of Motorist   Driver's License N
**SHANE D WOODS**   **W320-790**

I (motorist) acknowledge receipt of this warning to motorist.

Signature of Motorist _____

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set for true and correct.

Signature of Arresting Officer _____   ID Number **6885**

Law Enforcement Agency **ISP D-9**

Date of Warning **11/08/22**   Time of Warning **16:42**

ATTACHMENT

Description

# LAW ENFORCEMENT SWORN REPORT

Circuit Court, **SANGAMON** County, _____ Municipal District

Case Number: **F-09-22-00932**

DUI TRAFFIC CITATION NO. (11-501A1): _____
DUI TRAFFIC CITATION NO. (11-501A2): **0046401403**
11-401 Citation No.: _____
DUI TRAFFIC CITATION NO. (OTHER): _____

Name: **WOODS, SHAWE J**
(Last, First, Middle)

☐ CDL holder

Driver's License Number: **W320790780116**   State: **IL**

Street Address: **15511 Kennedy Road**
City & State: **Auburn, IL**
City and/or County of Arrest: **Sangamon**

Sex: **M**   Date of Birth: **01/16/1978**

Arrest Date: **11/08/22   10:41 a.m.**

Place of Refusal or Location of Test(s): **Memorial Medical Center**

Notice of Summary Suspension/Revocation Given On: **11/08/22**

Refusal or Test Date: **11/08/22   10:47 a.m.**

The suspension/revocation shall take effect on the 46th day following issuance of this notice. Subsequent to an arrest for violating Section 11-501 of the Illinois Vehicle Code, or similar provision of a local ordinance or Section 11-401 of the Illinois Vehicle Code, you are hereby notified that on the date shown above, you were asked to submit to a chemical test(s) to determine the alcohol, other drug(s), intoxicating compound(s), or any combination thereof, content of your breath, blood, urine or other bodily substance and warned of the consequences pursuant to Section 11-501.1 of the Illinois Vehicle Code. You have the right to a hearing to contest your suspension/revocation. You must file a petition to rescind your suspension/revocation within 90 days of this notice.

☐ Because you refused to submit to or failed to complete testing, **your driving privileges will be suspended for a minimum of 12 months.***
☐ Because you submitted to testing conducted pursuant to Section 11-501.2, which disclosed:
  ☐ an alcohol concentration of _____, which is .08 or more; or ☐ a delta-9-tetrahydrocannabinol concentration of either 5 nanograms or more of whole blood or 10 nanograms or more of other bodily substance
  ☐ any amount of a drug, substance or intoxicating compound resulting from the unlawful use or consumption of a controlled substance as listed in the Illinois Controlled Substances Act; an intoxicating compound as listed in the Use of Intoxicating Compounds Act; or methamphetamine as listed in the Methamphetamine Control and Community Protection Act; **your driving privileges will be suspended for a minimum of 6 months.***
☒ Because you refused to submit to or failed to complete testing and you were involved in a motor vehicle crash that caused Type A personal injury or death to another, **your driving privileges will be revoked for a minimum of 12 months.**
☐ Because you are a CDL holder and you submitted to testing conducted pursuant to 11-501.2 which disclosed any amount of a drug, substance or compound resulting from the unlawful use or consumption of cannabis as covered by the Cannabis Control Act your CDL privileges will be disqualified for a minimum of 12 months.

Driver's license surrendered? ☐ Yes  ☒ No; Reason: **Not on person**
Driver's license valid at time of arrest? ☒ Yes (Sign receipt)  ☐ No (Void receipt)

I have complied with Section 11-501.1 of the Illinois Vehicle Code by having reasonable grounds to believe the arrestee was in violation of Section 11-501 or a similar provision of a local ordinance, or Section 11-401: (Explain)

**Divernon Police Officer observed odor of alcoholic beverage on contact, fled traffic stop, drove wrong way on interstate, involved in fatal crash, hospital blood draw revealed .177**

Pursuant to Section 11-501.1 of the Illinois Vehicle Code I have:
☒ Served immediate Notice of Summary Suspension/Revocation/Disqualification of driving privileges on the above-named person.
☐ Given Notice of Summary Suspension/Revocation/Disqualification of driving privileges to the above-named person by depositing in the U.S. mail said notice in a prepaid postage envelope addressed to said person at the address as shown on the Uniform Traffic Ticket.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Signature of Arresting Officer: _____
ID Number: **6880**
Law Enforcement Agency: **ISP D-9**
Date: **11/08/22**

**240922**

POLICE OFFICER - SEND TO COURT OF VENUE

AUGUST 2018 – DSD DC 35.29