# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. NO. 21-476 (APM) |
| | ) | |
| | ) | |
| SHANE WOODS | ) | |
| Defendant | ) | |

## STATUS REPORT

The defendant, Shane Woods, is currently being held in custody in Illinois for other crimes as this court is aware. The parties have discussed this matter and agree that a sentencing date in late March or early April is appropriate. United States Probation Officer, Kelli Willett requests that the due date for the final pre-sentence report occur no earlier than March 10, 2022. The parties have sent emails to the courtroom deputy, Jean Claude Douyon, to ascertain a sentencing date. The parties will continue to work with the court to pick an agreeable date for all parties. The parties requests that the court issue a new scheduling order.

Respectfully submitted
SHANE WOODS

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for SHANE WOODS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone

(888) 804-1806 Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for SHANE WOODS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com