N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Docket No.: 21-00476-APM |
| ) | |
| ) | |
| SHANE WOODS ) | |
|     Defendant ) | |

**DEFENDANT'S RESPONSE TO THIS COURT'S INQUIRY CONCERNING THE APPROPRIATE GUIDELINES SECITON TO BE APPLIED IN THIS CASE**

The parties appeared before this court on September 15, 2023, for sentencing in this matter. At the end of the hearing the court asked the parties to address whether United States Sentencing Guidelines Section 2A2.2 should be applied. Counsel has reviewed the applicable conduct concerning this case and submits that U.S.S.G.§ 2A2.4 should apply. 2A2.4 clearly deals with assaults involving "Officers" that obstruct or impede them from doing their job.

According to the government's sentencing memo filed in this case as well as its allocution at Mr. Woods' sentencing hearing on September 15, 2023, Mr. Woods attempted to prevent Officer J.F. from pursuing a suspect responsible for spraying her and her colleagues with bear spray by knocking her down. This clearly suggests conduct that impedes or obstructs the officer from performing her duties. This conduct is clearly referenced in United States Sentencing Guidelines Section 2A2.4, not 2A2.2. In fact, the government has no evidence to support its position that 2A2.2 applies. Nothing about the two assaults in this case is connected to an attempt by Mr. Woods to engage in any other felonious conduct. Moreover, the assaults

were not committed with the intent to engage in any other felonious conduct. Accordingly, Mr. Woods requests that this matter be referred to Probation for determination of the guidelines pursuant to 2A2.4.

                                                                Respectfully submitted

                                                                SHANE WOODS

                                                                      /s/
                                                                  _____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of September 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                                      /s/
                                                  _____

Dwight E. Crawley